**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-6180**

———————

CHARLES H. WRENN; KERMEDIS JACOBS; JAMES
ELLIOTT PRICE, SR.; JAMES BYRD MILLER;
FREDERICK W. CORBETT,

Plaintiffs - Appellants,

and

FREDERICK THOMAS,

Plaintiff,

versus

FRANKLIN E. FREEMAN, JR., Secretary, North
Carolina Department of Corrections; MICHAEL
EASLEY, State of North Carolina Attorney
General,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Raleigh. James C. Fox, Chief District
Judge. (CA-94-786-5-F)

———————

Submitted: July 23, 1996          Decided: July 30, 1996

———————

Before WIDENER, NIEMEYER and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Charles H. Wrenn, Kermedis Jacobs, James Elliott Price, Sr., James Byrd Miller, Frederick W. Corbett, Appellants Pro Se.  William Dennis Worley, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

The Appellants appeal from the district court's order denying relief on their 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Wrenn v. Freeman, No. CA-94-786-5-F (E.D.N.C. Dec. 20, 1995). We deny the Appellants' motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED